UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HAZIM ALI,

    Petitioner,

V.                                         CASE NO. 3:07-CV-419 (RNC)

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondent.

## RULING AND ORDER

Petitioner, proceeding pro se, brings this habeas petition seeking release from confinement pending removal to Iraq. See 8 U.S.C. § 1231(a)(6) (2000); Zadvydas v. Davis, 533 U.S. 678, 701 (2001). Petitioner alleges that his removal from the United States was ordered on September 6, 2006, that he has been detained in Franklin County Jail in St. Albans, Vermont pursuant to a sentence for violation of state criminal law, that he completed his sentence for said violation on February 24, 2007, and that he continues to be detained pending removal to Iraq.

Ordinarily, a petition for writ of habeas corpus must be brought in the district where the petitioner is confined, and must name as respondent the individual who has custody of the petitioner, typically the warden of the facility where the petitioner is in custody. See 28 U.S.C. §§ 2241-2243 (2000); Rumsfeld v. Padilla, 542 U.S. 426 (2003). Because petitioner is confined within the District of Vermont, the Court lacks

jurisdiction over the petition. Accordingly, the petition is dismissed without prejudice so that petitioner may properly file his petition in the District of Vermont.

It is further ordered that a copy of the petition and this order be served by the United States Marshal on respondent's representative, Kevin J. O'Connor, United States Attorney, Connecticut Financial Center, 157 Church Street, New Haven, CT 06508, on or before April 15, 2007.

So ordered.

Dated at Hartford, Connecticut this 23rd day of March 2007.

                                                     /s/
                                             Robert N. Chatigny
                                   United States District Judge